MASSEY, *alias* MILLS, *v.* THE STATE.

DUCKWORTH, Justice. 1. Where there was no evidence requiring or authorizing a charge upon the subject of voluntary manslaughter, it was not error for the court to omit to charge on this subject, even though the statement of the accused authorized such a charge, there being no request in writing so to charge. The omission, without request, to charge the jury on a theory which finds support only in the prisoner's statement at the trial is not erroneous. *Felder* v. *State*, 149 *Ga.* 538 (101 S. E. 179); *Hill* v. *State*, 169 *Ga.* 455 (5) (150 S. E. 587); *Turner* v. *State*, 190 *Ga.* 316 (9 S. E. 2d, 270).

2. The evidence fully authorized the verdict, and the court did not err in refusing a new trial. *Judgment affirmed. All the Justices concur.*

No. 13511. OCTOBER 16, 1940.

*J. T. Middlebrooks* and *John J. Blount,* for plaintiff in error.
*Ellis G. Arnall, attorney-general, Henry H. West, solicitor-general,* and *Herschell E. Smith, assistant attorney-general,* contra.